UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR-08-091-RHW ) |
| v. | ) ORDER GRANTING IN PART THE ) UNITED STATES' MOTION TO |
| MICHAEL BERNARD, | ) RECONSIDER THE ORDER SETTING ) CONDITIONS OF RELEASE |
| Defendant. | ) ) |

At the July 23, 2008, hearing on the United States' Motion to Reconsider (Ct. Rec. 17), Assistant U.S. Attorney Aine Ahmed appeared for the United States. Defendant was present with retained counsel David Miller. Both sides argued.

**IT IS ORDERED:**

1. The United States' Motion to Reconsider **(Ct. Rec. 17)** is **GRANTED in part.**

2. In addition to the conditions of release in this court's Order filed July 22, 2008, Defendant shall post a $25,000 appearance bond, co-signed by another responsible adult.

3. A status hearing is set for **August 6, 2008, at 11:00 a.m.**, before the undersigned.

DATED July 23, 2008.


S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING IN PART THE UNITED STATES' MOTION
TO RECONSIDER THE ORDER SETTING CONDITIONS OF RELEASE – 1